IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATALIN GAVRILA,<br><br>    Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE, N.A., ET AL.,<br><br>    Defendant.<br>_____/ | No. C 11-00235 CRB<br><br>**ORDER TO SHOW CAUSE** |

    Plaintiff Catalin Gavrila brought suit against Defendant JP Morgan in state court in October 2010. See generally dkt. 1 Ex. 1 (Compl.). Defendant removed to this Court in January 2011. See dkt. 1 (Notice of Removal). Defendant then moved to dismiss the Complaint in April 2011. See generally dkt. 11. The Motion to Dismiss is calendared for argument on May 27, 2011. See dkt. 12 (Renotice of motion hearing). Plaintiff's Opposition to the Motion was therefore due on May 6, 2011. See Civil Local Rule 7-3. Plaintiff has failed to file an Opposition. Accordingly, Plaintiff is ORDERED to show cause by 5:00 on Friday, May 13, 2011 why this case should not be dismissed for failure to prosecute, per Federal Rule of Civil Procedure 41(b).

    **IT IS SO ORDERED.**

Dated: May 10, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\235\OSC.wpd